UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MANNY PASTREICH, as Trustee, et al.,

                              Plaintiff,

   -against-

SECURITY ASSURANCE MGMT, INC.,

                           Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

24 Civ. 6160 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On October 17, 2025, I held a telephonic status conference in the above-captioned matter. I ordered that Defendant Security Assurance Management, Inc. serve on Plaintiff Manny Pastreich by November 14, 2025 a document that reports their figure and how they reached it.

       The parties shall file by noon December 1, 2025 a joint letter describing their agreements and disagreements.

       Parties are hereby ordered to appear for a status conference on December 5, 2025 at 10 a.m.

       SO ORDERED.

Dated:   October 20, 2025        /s/ Alvin K. Hellerstein
            New York, New York     ALVIN K. HELLERSTEIN
                                    United States District Judge