UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
MANNY PASTREICH, AS TRUSTEE, AND THE  :
TRUSTEES OF THE BUILDING SERVICE 32BJ  :
HEALTH FUND AND BUILDING SERVICE      :
32BJ SUPPLEMENTAL RETIREMENT          :
SAVINGS PLAN.,                        :
                                      :
                          Plaintiff,  :
                                      :
        -against-                     :
                                      :
                                      :
                                      :
SECURITY ASSURANCE MGMT, INC.,        :
                                      :
                          Defendants. :
------------------------------------------------------------- x
```

**ORDER REGULATING PROCEEDINGS**

24 Civ. 6160 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The status conference scheduled for December 5, 2025 is hereby adjourned.  The parties shall jointly submit to a proposed summary judgment schedule on the issues laid out in their December 1, 2025 letter (at ECF No. 22) by December 12, 2025.

SO ORDERED.

Dated:      December 4, 2025                    /s/ Alvin K. Hellerstein
            New York, New York               ALVIN K. HELLERSTEIN
                                             United States District Judge