UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MANNY PASTREICH, AS TRUSTEE, AND THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND AND BUILDING SERVICE 32BJ SUPPLEMENTAL RETIREMENT SAVINGS PLAN., Plaintiff, -against- SECURITY ASSURANCE MGMT, INC., Defendants. | : | **ORDER** 24 Civ. 6160 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: September 21, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge